## APPEAL OF ISIDORE STEIN.

Docket No. 5313.    Decided September 25, 1926.

*Abraham Tumaroff, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the Commissioner.

MARQUETTE: This appeal is from the determination of a deficiency in income tax for the year 1920 in the amount of $826.53.

#### FINDINGS OF FACT.

The petitioner is an individual residing at Brooklyn, N. Y. He filed an income-tax return for the year 1920 and reported a net income of $4,306.77. Upon audit of the return the Commissioner increased the net income reported therein by the amount of $6,140.80, representing the amount which the petitioner had deducted on account of an alleged opening inventory for the year 1920, and by the amount of $2,420, representing salary drawn by the petitioner and not reported in his return. At the hearing the petitioner failed to produce any competent evidence which would warrant a finding that the facts are other than as determined by the Commissioner.

*Judgment for the Commissioner.*